**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLEVELAND LOVETT, III,

Plaintiff

v.

RICKY MEYERS, et al.,

Defendants

Case No.: 2:26-cv-01460-APG-EJY

**Order Accepting Report and Recommendation**

[ECF No. 10]

On July 20, 2026, Magistrate Judge Youchah recommended that I dismiss without prejudice but without leave to amend plaintiff Cleveland Lovett, III's § 1982 and abuse of process claims. ECF No. 10. Lovett did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that plaintiff Cleveland Lovett, III's § 1982 and abuse of process claims are dismissed without prejudice but without leave to amend.

DATED this 18th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE