UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CLEVELAND LOVETT III,

Plaintiff,

v.

RICKY MEYERS, THE COLONY HOMEOWNERS ASSOCIATION,

Defendants.

Case No. 2:26-cv-01460-APG-EJY

**ORDER**

On October 20, 2026 the Court screened Plaintiff's Amended Complaint and allowed several claims to proceed. ECF No. 14. In order for the U.S. Marshal to effect service on the named Defendants, Plaintiff was sent USM 285 forms (one for each defendant) and instructed to return the completed version to the Marshal's Office no later than November 9, 2026. *Id.* Plaintiff was advised that his failure to do so could result in a recommendation to dismiss this action without prejudice. *Id.* As of today's date, the U.S. Marshal has not received a completed USM 285 from Plaintiff. Service will not proceed until Plaintiff returns completed forms to the Marshal Service.

IT IS HEREBY ORDERED that Plaintiff is provided **one additional opportunity** to complete and return the USM 285 forms for Defendants Ricky Meyer and Colony Homeowners Association to the U.S. Marshal's Office by mail no later than **December 2, 2026**. The completed forms **must** be sent to:

Marshal Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that if the completed USM 285 forms are returned by or before December 2, 2026, the U.S. Marshal Service is to attempt to effect service of the summons, Amended Complaint (ECF No. [12]), and the Court's Screening Order (ECF No. [14]), on Ricky Meyers and Colony Homeowners Association.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, the Court will recommend this matter be dismissed without prejudice for failure to complete service of process under to Fed. R. Civ. P. 4(m).

IT IS FURTHER ORDERED that as a one-time courtesy, the Clerk of Court is asked to send Plaintiff two copies of the USM 285 form.

Dated this 18th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE